UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

--------------------------------------------------------------- X

KEWAZINGA CORP.,                    :
                                    :
                    Plaintiff,      :
                                    :          1:18-cv-4500-GHW
          -v -                      :
                                    :
MICROSOFT CORPORATION,              :
                                    :          ORDER
                    Defendant.      :
                                    :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In Kewazinga's March 9, 2020 letter, *see* Dkt. No. 119, it withdrew its request for redactions

and sealing with respect to the: (1) redactions in the joint pre-motion letter (Dkt. No. 113); (2)

sealing of Exhibit B (Dkt. No. 113-1); (3) redactions in Exhibit E (Dkt. No. 113-3); (4) sealing of

Exhibit F (Dkt. No. 113-4); (5) sealing of Exhibit G (Dkt. No. 113-5); (6) sealing of Exhibit H (Dkt.

No. 113-6); (7) sealing of Exhibit I (Dkt. No. 113-7); (8) sealing of Exhibit J (Dkt. No. 113-8); (8)

sealing of Exhibit K (Dkt. No. 113-9); and (10) sealing of Exhibit P (Dkt. No. 113-10). Kewazinga

renewed its request to file Exhibit C, Dkt. No. 113-2, under seal because it contains a third party's

proprietary information.

The Clerk of Court is therefore directed to unseal the following: Dkt. Nos. 113, 113-1, 113-

3, 113-4, 113-5, 113-6, 113-7, 113-8, 113-9, 113-10. Dkt No. 113-2 will remain under seal. The

Clerk of Court is further directed to terminate the motions pending at Dkt. Nos. 118 and 119 .

SO ORDERED

Dated: March 15, 2020
New York, New York                    _____
                                            GREGORY H. WOODS
                                           United States District Judge