UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Kewazinga Corp.

                          Plaintiff,

         -against-

Microsoft Corporation

                          Defendant.

Case No.  1:18-cv-04500-GHW

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending    ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Kenneth L. Stein**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KS6592        My State Bar Number is: 2595569

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Stroock & Stroock & Lavan LLP
                         FIRM ADDRESS: 180 Maiden Lane
                         FIRM TELEPHONE NUMBER: (212) 806-5400
                         FIRM FAX NUMBER: (212) 606-6006

NEW FIRM:    FIRM NAME: Brown Rudnick LLP
                         FIRM ADDRESS: Seven Times Square
                         FIRM TELEPHONE NUMBER: (212) 209-4898
                         FIRM FAX NUMBER: (212) 938-2998

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  June 24, 2021                               /s/ Kenneth L. Stein
                                                                 ATTORNEY'S SIGNATURE