

```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #:_____
                                                    DATE FILED: 10/21/2022
```

# MEMORANDUM ENDORSED

October 21, 2022

Timothy K. Gilman
Direct Dial: 212.806.1320
Fax: 212.806.6006
tgilman@stroock.com

Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Kewazinga Corp. v. Microsoft Corporation*
      Case No. 1:18-cv-04500-GHW
      Request to Withdraw Motion for Leave to File Under Seal

Dear Honorable Judge Woods:

Pursuant to Your Honor's Individual Rule 4(A)(ii), Kewazinga Corp. respectfully seeks to withdraw Kewazinga's Motion for Leave to File Under Seal (D.I. 343) ("Motion"), which sought leave to file under seal and redact Kewazinga's Reply Regarding Proposal for Damages Presentation at Trial (D.I. 344) ("Reply"). Kewazinga requested leave to file its Reply under seal because it quoted D.I. 335-4, which Microsoft previously requested the Court maintain under seal. *See* D.I. 337 (Microsoft request for permission to seal, *inter alia*, D.I. 335-4 (Exhibit D to D.I. 335)). Microsoft has indicated that it does not intend to maintain its confidentiality designation as to the particular quote in Kewazinga's Reply. Accordingly, Kewazinga seeks to withdraw its Motion.

For the above reasons, Kewazinga respectfully requests that the Court grant its request to withdraw Kewazinga's Motion (D.I. 343) and enter onto the docket an unredacted version of Kewazinga's Reply (D.I. 344), which is attached as Exhibit 1 hereto.

Honorable Gregory H. Woods, U.S.D.J.
October 21, 2022
Page 2

>Respectfully submitted,
>
>*/s/ Timothy K. Gilman*
>
>Timothy K. Gilman
>tgilman@stroock.com
>Saunak K. Desai
>sdesai@stroock.com
>Gregory Springsted
>gspringsted@stroock.com
>STROOCK & STROOCK & LAVAN LLP
>180 Maiden Lane
>New York, NY 10038
>Tel: (212) 806-5400
>
>Ian G. DiBernardo
>idibernardo@brownrudnick.com
>BROWN RUDNICK LLP
>7 Times Square
>New York, NY 10036
>Tel: (212) 209-4879
>
>*Attorneys for Plaintiff Kewazinga Corp.*

Application to withdraw Plaintiff's Motion for Leave to File Under Seal (Dkt. No. 343) is granted. Plaintiff is directed to file the unredacted version of Plaintiff's Reply. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 343.

SO ORDERED.

Dated: October 21, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge